No. 11-6405. Gregory T. Gary, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 431, 2011 U.S. LEXIS 8266.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 605.